Justice EAKIN joins only in the order vacating the Superior Court decision and reinstating the trial court order.

■

**Nguyhn DUNG, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Dec. 27, 2006.

***ORDER***

PER CURIAM.

The Order of the Commonwealth Court is hereby AFFIRMED.